Harold Lee BRITTON, Plaintiff–Appellant,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., Defendants–Appellees.

No. 01–56864.

D.C. No. CV–01–02604–DDP (MLG).

United States Court of Appeals, Ninth Circuit.

---

Submitted April 8, 2002*.

Decided April 17, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

## MEMORANDUM**

Harold Lee Britton appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action challenging the validity of his future parole. We review de novo dismissals based on lack of ripeness. *Ross v. Alaska*, 189 F.3d 1107, 1114 (9th Cir. 1999). We affirm.

Britton alleges that upon release from prison in 2007, he may be required to serve a period of unconstitutional parole. The district court properly dismissed Britton's action as unripe because it relates to possible illegal custody in the future, not a current controversy. *See Ass'n of American Med. Colleges v. United States*, 217 F.3d 770, 782 (9th Cir.2000).

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

